CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 05 2018

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RASHAAD WILSON,<br>    Petitioner, | Civil Action No. 7:18-cv-00121 |
| v. | MEMORANDUM OPINION |
| UNITED STATES, et al.,<br>    Respondents. | By:  Hon. Michael F. Urbanski<br>Chief United States District Judge |

Rashaad Wilson, a federal inmate proceeding pro se, filed a document the court construed as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By an Order entered April 27, 2018, the court informed Petitioner that he is required to sign the petition under penalty of perjury and either pay the $5.00 filing fee or file a complete application to proceed in forma pauperis. The court granted him ten days to resolve the missing signature and outstanding filing fee and advised him that his failure to comply would result in dismissal of the petition.

Petitioner has not communicated with the court about this case since the Order was entered on April 27, 2018. As the time allowed to comply has expired, this action is dismissed without prejudice due to Petitioner's failure to comply with the court's order. See Ballard v. Carlson, 882 F.2d 93, 96 (4th Cir. 1989) (stating pro se litigants are subject to time requirements and respect for court orders and dismissal is an appropriate sanction for non-compliance); see also Donnelly v. Johns-Manville Sales Corp., 677 F.2d 339, 340-41 (3d Cir. 1982) (recognizing a district court may sua sponte dismiss an action pursuant to Fed. R. Civ. P. 41(b)).

ENTER: This 5th day of June, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge