CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 05 2018

JULIA C. DUDLEY, CLERK
BY:
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RASHAAD WILSON,<br>  Petitioner, | Civil Action No. 7:18-cv-00121 |
| v. | ORDER |
| UNITED STATES, et al.,<br>  Respondents. | By: Hon. Michael F. Urbanski<br>   Chief United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the action is **DISMISSED without prejudice** and **STRICKEN** from the active docket.

ENTER: This 5th day of June, 2018.

/s/ Michael F. Urbanski
_____
Chief United States District Judge